[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16073
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 20, 2010
JOHN LEY
CLERK

D. C. Docket No. 05-00283-CR-1-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEAVIE DALLAS KING, III,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(July 20, 2010)

Before EDMONDSON, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for appellant Leavie Dallas King, III,

has moved to withdraw from further representation of King and filed a brief in accordance with Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). King appeals the district court's revocation of his supervised release and subsequent imposition of a ten month sentence. In her Anders brief, Miller raised four possible issues for appeal, although after an independent review of the record we agree with her conclusion that the appeal lacks merit. Miller's motion to withdraw is **GRANTED**, and the revocation of King's supervised release and his sentence are **AFFIRMED**.